# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RAQUEL CRUZ RIVERA,** <br><br> Plaintiff, <br><br> v. <br><br> **STRATEGIC LEGAL GROUP PSC,** <br><br> Defendant. | **CIVIL NO. 21-1422 (BJM)** |

## FINAL JUDGMENT

The complaint is dismissed with prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 13th day of May, 2022.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge